Case 3:05-cv-02511-M   Document 7   Filed 02/02/06   Page 1 of 1   PageID COURT
NORTHERN DISTRICT OF TEXAS
FILED
FEB - 2 2006
CLERK, U.S. DISTRICT COURT
By _____
       Deputy

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| FRANCIS TEJANI KUNDRA, #20661647,<br>Petitioner,<br><br>v.<br><br>CYNTHIA FIGUEROA CALHOUN,<br>Dallas County Clerk,<br>Respondent. | 3:05-CV-2511-M |

## ORDER ACCEPTING FINDINGS, CONCLUSIONS AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

United States Magistrate Judge Paul D. Stickney made findings, conclusions and a recommendation in this case. No objections were filed. The District Court reviewed the proposed findings, conclusions and recommendation for plain error. Finding none, the Court accepts the Findings, Conclusions and Recommendation of the United States Magistrate Judge.

SO ORDERED this 2 day of February, 2006.

_____
BARBARA M.G. LYNN
UNITED STATES DISTRICT JUDGE