IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| FRANCIS TEJANI KUNDRA, #20661647,  )<br>    Petitioner,                                            )<br>                                                              )<br>v.                                                          )<br>                                                              )<br>CYNTHIA FIGUEROA CALHOUN,     )<br>Dallas County Clerk,                              )<br>    Respondent.                                         ) | 3:05-CV-2511-M |

## ORDER ACCEPTING FINDINGS, CONCLUSIONS AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge made findings, conclusions and a recommendation in this case. No objections were filed. The District Court reviewed the proposed findings, conclusions and recommendation for plain error. Finding none, the Court ACCEPTS the Findings, Conclusions and Recommendation of the United States Magistrate Judge and DENIES Petitioner's motion for leave to file motion for reconsideration (docket #9).

SO ORDERED this 7 day of July, 2006.

BARBARA M.G. LYNN
UNITED STATES DISTRICT JUDGE